IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIE LEE WILLIAMS**                                                   **PLAINTIFF**

v.                 Case No. 3:19-cv-00348-KGB

**JEREMY WHEELIS,**                                                 **DEFENDANT**
**individually and officially**

## ORDER

Before the Court is defendant Jeremy Wheelis's motion to dismiss without prejudice for failure to prosecute (Dkt. No. 10). Plaintiff Willie Lee Williams filed this lawsuit on December 2, 2019 (Dkt. No. 2). On January 19, 2021, the Court entered an Order screening the complaint and ordering service on Mr. Wheelis (Dkt. No. 4). Mr. Wheelis filed his answer in this case on February 3, 2021 (Dkt. No. 6). On February 8, 2021, the Court noted that mail sent to Mr. Williams by the Court had been returned undeliverable (Dkt. No. 7). On February 12, 2021, Mr. Wheelis filed a Notice of Returned Mail (Dkt. No. 8).

The Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas provide that "[i]f any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice." Local Rule 5.5(c)(2). Because Mr. Williams has failed to respond timely or provide an updated mailing address, the Court dismisses without prejudice Mr. Williams's complaint for failure to prosecute (Dkt. No. 2). The Court denies the relief requested.

It is so ordered this 29th day of June, 2021.

_____
Kristine G. Baker
United States District Judge