IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIE LEE WILLIAMS**                                           **PLAINTIFF**

v.                      Case No. 3:19-cv-00348-KGB

**JEREMY WHEELIS,**                                            **DEFENDANT**
**individually and officially**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Willie Lee Williams's complaint is dismissed without prejudice (Dkt. No. 2). The Court denies the relief requested.

It is so ordered this 29th day of June, 2021.

_____
Kristine G. Baker
United States District Judge